# UNITED STATES DISTRICT COURT
## Middle District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DESHATI DEJWAN CAMPBELL | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 5:17-CR-00034-MTT-CHW(1)<br>USM No. 00383-120<br><br>RONALD E. DANIELS<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)    1-18    of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Use of Communication Device During a Felony. | 01/16/2025 |
| 2 | Possession of Marijuana with Intent to Distribute. | 01/16/2025 |
| 3,4 | Failure to refrain from violation of the law. | 01/16/2025 |
| 5, 8 | Possession of a Firearm by a convicted Felon. | 01/16/2025 |
| 6 | Possession of a Weapon During the Commission of a Crime. | 01/16/2025 |
| 7 | Possession of a Controlled substance. | 01/16/2025 |
| 9 | Left the judicial district without prior authorization from the Probation Officer. | 01/16/2025 |
| 10 | Failure to refrain from associating with convicted felons and individuals involved in criminal activity. | 01/16/2025 |
| 11 | Failure to notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer. | 01/16/2025 |
| 12,13 | Failure to comply with mandatory supervision by using a controlled substance. | 08/15/2024 and 09/25/2024 |
| 14-,15 | Failure to submit to a urinalysis. | 11/06/2024 and 11/14/2024 |
| 16,17 | Failure to submit to a urinalysis. | 12/11/2024 and 12/18/2024 |
| 18 | Failure to participate in approved mental health treatment program. | 1/31/2025 |

The defendant is sentenced as provided in pages 2 through   2  . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec.   6840 | May 12, 2025<br>Date of Imposition of Judgment |
| Defendant's Year of Birth:   1993 | s/ Marc T. Treadwell<br>Signature of Judge |
| City and State of Defendant's Residence: | MARC T. TREADWELL<br>UNITED STATES DISTRICT JUDGE<br>Name and Title of Judge |
| | May 14, 2025<br>Date |

AO 245D   Judgment in a Criminal Case for Revocations
Rev. 10/21)   Sheet 2— Imprisonment

DEFENDANT: DESHATI DEJWAN CAMPBELL
CASE NUMBER: 5:17-CR-00034-MTT-CHW(1)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : Twenty-four (24) months. This sentence shall run concurrently to the revocation sentence imposed in United States District Court – Middle District of Georgia case 5:18-CR-00044 for a TOTAL term of imprisonment upon revocation of twenty-four (24) months. This revocation sentence shall be served consecutively to any sentence imposed for pending charges in Calhoun County Superior Court and Cobb County Superior Court Case No. 15-9-4497.

☒ The court makes the following recommendations to the Bureau of Prisons:

The Defendant shall participate in the Residential Drug Abuse Program (RDAP) during the period of imprisonment.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

                                           UNITED STATES MARSHAL

                              By _____
                                           DEPUTY UNITED STATES MARSHAL

DEFENDANT: DESHATI DEJWAN CAMPBELL
CASE NUMBER: 5:17-CR-00034-MTT-CHW(1)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $100.00 | $4,685.00 | $.00 | $.00 | $.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.

☒ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee* | Total Loss* | Restitution Ordered* | Priority or Percentage |
|---|---|---|---|
| M.A.C. Industries, Inc. d/b/a The Pawn Zone | $4,685.00 | $4,685.00 | |
| TOTALS | $4,685.00 | $4,685.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
    ☒ the interest requirement is waived for the    ☐ fine    ☒ restitution
    ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub.L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: DESHATI DEJWAN CAMPBELL
CASE NUMBER: 5:17-CR-00034-MTT-CHW(1)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D ☐ E, or ☐ F below; or

**B** ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒ Special instructions regarding the payment of criminal monetary penalties:

Any criminal monetary penalty ordered by the court shall be due and payable in full immediately. Present and future Assets are subject to enforcement and may be included in the treasury offset program allowing qualified federal benefits to be applied to the balance of criminal monetary penalties.

Payment during the term of supervised release will commence within 60 days after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time. (fine/restitution) payment shall be due during the period of imprisonment at the rate of not less than $25 per quarter and pursuant to the bureau of prisons' financial responsibility program. The value of any future assets may be applied to offset the balance of criminal monetary penalties. The defendant may be included in the treasury offset program, allowing qualified benefits to be applied to offset the balance of any criminal monetary penalties.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

    **Deshati Dejwan Campbell, 5:17-CR-34-001 and Andre Jamar Chambers, 5:17-CR-34-002; Total Restitution - $4,685.00, Joint and Several Amount - $4,685.00.**

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.